PAUL W. NEWTON v. ROBERT J. WHITAKER AND WIFE, ELLEN RUTH WHITAKER; WILFRED S. TEMPLETON; GENERAL MOTORS ACCEPT-ANCE CORPORATION; AND GENERAL MOTORS CORPORATION

No. 686A86

(Filed 5 May 1987)

APPEAL by defendant-appellants General Motors Acceptance Corporation and General Motors Corporation from a decision of a divided panel of the Court of Appeals reported at 83 N.C. App. 112, 349 S.E. 2d 333 (1986), vacating a judgment dismissing the complaint, and remanding for further proceedings. Heard in the Supreme Court 15 April 1987.

*Hall and Brooks, by John E. Hall, for plaintiff-appellee.*

*Petree Stockton & Robinson, by Jackson N. Steele, for defendant-appellants.*

PER CURIAM.

Justice Webb took no part in the consideration or determination of this case. The remaining members of this Court are divided three to three as to the result and thus there is no majority voting either to affirm or to reverse. The decision of the Court of Appeals is thus left undisturbed and stands without precedential value.

Affirmed.

Justice WEBB did not participate in the consideration or decision of this case.